UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | No.  2:25-cv-03149 DJC CKD (PS)<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se.  Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 302(c)(21).

　　　　Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

　　　　The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  Plaintiff's brief and conclusory allegations do not state a federal claim against any defendant.

　　　　The federal courts are courts of limited jurisdiction.  Without a basis for federal

1  jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal
2  jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action
3  should not be dismissed. Failure to allege a proper basis for jurisdiction will result in a
4  recommendation that the action be dismissed.
5      Accordingly, IT IS HEREBY ORDERED that:
6      1. Plaintiff's request to proceed in forma pauperis (ECF No. 2) is GRANTED;
7      2. No later than November 18, 2025, plaintiff shall show cause why this action should not
8  be dismissed for lack of jurisdiction.
9  Dated: November 4, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16  2/blac3149.ifp-nojuris

2