UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No.  2:25-cv-03149 DJC CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding in this action pro se and in forma pauperis.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 14, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 5.) Plaintiff has not filed objections, and the Court disregards his motion for summary judgment (ECF No. 6), as this action is stayed pending resolution of the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The November 14, 2025 findings and recommendations (ECF No. 5) are adopted in full;
2. The Complaint is dismissed for lack of jurisdiction;
3. The Motion for Summary Judgment (ECF No. 6) is denied; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2